IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN DOUGLAS STROUD**                                                                    PLAINTIFF

v.                              No. 4:17-cv-663-DPM

**JACOB LAW GROUP, PLLC**
**And MICHAEL A. JACOB, II**                                                        DEFENDANTS

ORDER

Plaintiff's motion to dismiss, № 4, granted. The Court congratulates the parties on their settlement.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*4 December 2017*