# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOHN DOUGLAS STROUD**                                           **PLAINTIFF**

v.                          **No. 4:17-cv-663-DPM**

**JACOB LAW GROUP, PLLC**
**And MICHAEL A. JACOB, II**                          **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice.


_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_4 December 2017_